# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN BROWN | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07CV140-LG-JMR |
| | § | |
| DRUG & ALCOHOL PROGRAM AT | § | |
| PARCHMAN | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [34] filed by the Drug & Alcohol Program at Parchman, the Court, after a full review and consideration of the Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion to Dismiss [34] is **GRANTED**. This lawsuit is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 8th day of July, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE